**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01599-LTB-MEH

BROKERS' CHOICE OF AMERICA, Inc.,

      Plaintiff,

v.

SEMINAR CROWDS, INC., et al.,

      Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiffs' Notice of Dismissal

(Doc 11 - filed October 26, 2006), and the Court being fully advised in the premises, it is

therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

BY THE COURT:


    s/Lewis T. Babcock
    Lewis T. Babcock, Chief Judge

DATED:   October 27, 2006